1  WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | NO. 04-4257M |
| Plaintiff, ) | **O R D E R** |
| vs. ) |  |
| Hearold Johnson, ) |  |
| Defendant. ) |  |

Defendant **Hearold Johnson** appeared with counsel on February 9, 2006 and admitted to Allegation A of the probation Petition. A disposition hearing was set for April 25, 2006.

On April 25, 2006, the defendant appeared with counsel for the final disposition hearing. The Government's oral motion to dismiss Allegation B of the Petition was granted.

The Court finds the defendant has violated the terms and conditions of probation as alleged in Allegation A of the petition and finds defendant's probation should be revoked.

**IT IS ORDERED** revoking defendant's probation.

**IT IS FURTHER ORDERED** committing defendant to the custody of the Bureau of Prisons for a term of **three (3) months.**

1     **IT IS FURTHER ORDERED** that the defendant is to pay the
2 outstanding fine balance of Fifteen Hundred Dollars ($1500.00).
3     The defendant is advised of the right to appeal the imposed
4 sentence by filing a Notice of Appeal within 10 days from the date
5 of sentencing.
6     **DATED** this 25th day of April, 2006.

_Virginia A. Mathis_
Virginia A. Mathis
United States Magistrate Judge

-2-